HARRIET VAN HORNE, as Administratrix, etc., Appellant, *v.* THE BOSTON, HOOSAC TUNNEL AND WESTERN RAILWAY COMPANY, Respondent.

(Argued March 14, 1889; decided March 29, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order

made November 16, 1886, which affirmed a judgment in favor of defendant, entered upon an order directing a nonsuit at Circuit.

*Charles S. Lester* for appellant.

*T. F. Hamilton* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.